# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL FOSTER, ET AL.,** : | |
| : | **CIVIL ACTION** |
| Plaintiffs, : | |
| : | |
| v. : | No. 18-4853 |
| : | |
| **MOSHE ATTIAS, ET AL.,** : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 11th day of December, 2019, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Claims Under the Racketeer and Corrupt Organizations Act (Doc. No. 24) and Plaintiffs' Response (Doc. No. 26), it is hereby **ORDERED** that the Motion is **DENIED**. Defendants shall file an Answer to the Amended Complaint within **fourteen (14) days** of the date of this Order.

                            **BY THE COURT:**

                            */s/ Mitchell S. Goldberg*
                            _____
                            **MITCHELL S. GOLDBERG,    J.**