IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL FOSTER, ET AL.,** | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : No. 18-4853 |
| **MOSHE ATTIAS, ET AL.,** | : |
| Defendants. | : |
| **MOSHE ATTIAS and MARION COURT, LLC,** | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : |
| **532 BROOKLYN, LLC and ALAIN KODSI,** | : NO. 19-866 |
| Defendants. | : |

**ORDER**

**AND NOW**, this 9th day of September, 2020, upon consideration of the Foster Parties' Motion to Dismiss the Amended Counterclaim (Doc. No. 87) and the Attias Parties' Response (Doc. No. 89), it is hereby **ORDERED** that:

1. The Motion to Dismiss the fraudulent transfer counterclaim (Count I) is **DENIED** as against 532 Brooklyn, LLC, but **GRANTED** as against Rachel Foster and DEMK, LLC.

2. The Motion to Dismiss the unjust enrichment counterclaim (Count II) is **GRANTED** as against all Plaintiffs/Counterclaim Defendants.

3. The Motion to Dismiss the fraud counterclaim (Count III) is **GRANTED** as against all Plaintiffs/Counterclaim Defendants.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**